## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$70,090.00 in United States Currency,<br><br>Defendant. | Civil Action No.    5:19-cv-279 (TJM/TWD) |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by its attorneys, Grant C. Jaquith, United States Attorney for the Northern District of New York, and Mary E. Langan, Assistant United States Attorney, brings this verified complaint for forfeiture *in rem* against the above-captioned assets (the "defendant currency") and alleges as follows:

### NATURE OF THE ACTION

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841, 844 and 846.

### THE PARTIES

1)      Plaintiff is the United State of America.

2)      The defendant currency is $70,090.00, which is in the custody of the United States.

### JURISDICTION AND VENUE

3)      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355(a).

4)      This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5)      Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6)      Beginning in or around January 2017, the United States Department of Homeland Security ("HSI"), began conducting an ongoing investigation into a large-scale marijuana trafficking organization between the Akwesasne Mohawk Indian Reservation and the greater Syracuse area.

7)      On July 20, 2017, HSI agents learned that an individual would be delivering 36 pounds of marijuana to a buyer in Hampton, Virginia.

8)      Through its investigation, HSI also learned that the same individual would be picking up proceeds from a prior sale of marijuana and delivering the proceeds to the reservation.

9)      Claimant, Devon Garrow ("Garrow"), was a drug runner for the organization at the time.

10)     Garrow is the person who was scheduled to deliver the 36 pounds of marijuana.

11)     Garrow was planning to bring approximately $70,000 in proceeds from a previous marijuana sale to the reservation on July 24, 2017.

12)     As part of the ongoing investigation, HSI agents were familiar with vehicles being utilized by the organization to transport drugs and drug proceeds to the reservation, including a 2006 Chevrolet Impala, New York State license plate number HTT6187.

13)     HSI agents communicated with New York State Police ("NYSP") regarding possible vehicles known to be utilized by the organization to transport drugs and drug proceeds that may be in the vicinity of the reservation on or about July 24, 2017.

14)     On July 24, 2017, Garrow was driving a 2006 Chevrolet Impala, New York State license plate number HTT6187, which was known to be used to transport drugs and drug proceeds to the reservation.

15)     At approximately 1:00 p.m. on July 24, 2017, a NYSP trooper pulled Garrow over for speeding.

16)     HSI agents responded to the stop and searched the vehicle.  In the trunk of the vehicle, agents discovered a shoebox containing the defendant currency.

17)     The defendant currency was later counted and found to total $70,090.00.

## CONCLUSION

18)     As required by Supplemental Rule G(2)(f), the facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial.  Specifically, probable cause exists to believe that the defendant currency constitutes: (a) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (b) proceeds traceable to such an exchange; or (c) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

**WHEREFORE**, pursuant to Supplemental Rule G, Plaintiff, the United States of America, respectfully requests that the Court:

1)     Issue a Warrant for Arrest *In Rem*, in the form submitted with this Complaint;

2)     Direct any person having any claim to the defendant currency to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

3)     Enter judgment declaring the defendant currency to be forfeited and condemned to the use and benefit of the United States of America; and

4)      Award such other and further relief to the United States as this Court deems proper

and just.


Dated: February 27, 2019                    Respectfully Submitted,


                                            GRANT C. JAQUITH
                                            United States Attorney


                                 By:        _____
                                            Mary E. Langan
                                            Assistant United States Attorney
                                            Bar Roll No. 518971

## VERIFICATION

STATE OF NEW YORK  )
         ) ss:
COUNTY OF ONONDAGA  )


Andrew McCoy, being duly sworn, deposes and states:

I am a Special Agent with the United States Department of Homeland Security.  I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers.


Dated this __27__ day of February, 2019.

             _____
             Andrew McCoy, Special Agent
             United States Department of Homeland
             Security


Sworn to and subscribed before me this __27th__ day of February, 2019.

             _____
             Notary Public

             DEANNA LIEBERMAN
            Notary Public, State of New York
              No. 01LI6105102
             Qualified in WAYNE County
          Commission Expires FEBRUARY 2, 2020

✎JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

5:19-cv-279

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

$70,090.00 in United States Currency,

**(b)** County of Residence of First Listed Plaintiff　Onondaga
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant　Onondaga
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary E. Langan, Assistant U.S. Attorney (315) 448-0650
United States Attorney's Office, 100 South Clinton Street
Syracuse, New York 13261

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☒ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21USC 881

Brief description of cause:
Seizure of money related to drug proceeds and facilitation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE Hon. Thomas J. McAvoy　DOCKET NUMBER 5:19-CR-24

DATE
02/27/2018

SIGNATURE OF ATTORNEY OF RECORD
s/Mary E. Langan

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT WAIVED APPLYING IFP _____ JUDGE TJM MAG. JUDGE TWD

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |